| | |
|---|---|
| Gilmur R. Murray (SBN 111856) | Daniel J. Mulligan (SBN 103129) |
| Derek G. Howard (SBN 118082) | Larry W. Gabriel (SBN 68329) |
| Scott J. Yundt (SBN 242595) | **JENKINS MULLIGAN & GABRIEL, LLP** |
| **MURRAY & HOWARD, LLP** | 660 Market Street, 3rd Floor |
| 436 14th Street, Suite 1413 | San Francisco, CA 94104 |
| Oakland, California 94612 | Telephone: (415)-982-8500 |
| Telephone: (510) 444-2660 | Facsimile: (415)-982-8515 |
| Facsimile: (510) 444-2522 | |
| *Attorneys for Plaintiffs and the Class* | *Attorneys for Plaintiffs and the Class* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEE CRAVENS, on behalf of himself and all others similarly situated,<br><br>                       Plaintiff,<br><br>vs.<br><br>LEXAR MEDIA, INC.;<br>HITACHI AMERICA, LTD.;<br>HITACHI, LTD.;<br>HITACHI ELECTRONIC DEVICES USA;<br>HYNIX SEMICONDUCTOR AMERICA, INC.;<br>HYNIX SEMICONDUCTOR, INC.;<br>MICRON TECHNOLOGY, INC.;<br>MICRON SEMICONDUCTOR PRODUCTS, INC.;<br>MITSUBISHI ELECTRIC CORPORATION;<br>MITSUBISHI ELECTRIC AND ELECTRONICS USA, INC.;<br>MOSEL VITELIC CORPORATION;<br>MOSEL VITELIC, INC;<br>RENESAS TECHNOLOGY CORPORATION;<br>RENESAS TECHNOLOGY AMERICA, INC.;<br>SAMSUNG SEMICONDUCTOR, INC.;<br>SAMSUNG ELECTRONICS COMPANY, LTD.;<br>TOSHIBA CORPORATION;<br>TOSHIBA AMERICA, INC.; AND<br>TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.,<br>WINBOND ELECTRONICS CORPORATION;<br>WINBOND ELECTRONICS CORPORATION AMERICA, INC.;<br><br>                       Defendants. | **NOTICE OF RELATED CASES**<br><br>**Local Rule 83-123** |

TO THE COURT AND ALL PARTIES:

Pursuant to local rule 83-123, Plaintiff Dee Cravens gives notice that this action is related to *Trong Nguyen v. Samsung Electronics Co., et al.*, Case No. C-07-0086 SBA, filed on 1/5/07. This case involves the same transaction and events and the same conduct by the same defendants which, as set forth in the complaints, constituted violations of the Sherman Act and the Cartwright Act anti-trust laws in their direct and indirect sales of flash drives for purchase by consumers in California. Additionally both actions involve similar question of fact and the same questions of law such that it is very likely that there would be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges. Thus, assignment of both of these actions to a single judge, in this instance the honorable Sandra Brown Armstrong whom has already been assigned the *Trong* case and numerous cases deemed related to it, is likely to effect a savings of judicial effort and other economies.

Dated: August 8, 2007                         MURRAY & HOWARD, LLP

                                              By:   /s/ Scott J. Yundt
                                                    SCOTT J. YUNDT
                                                    Attorneys for Plaintiffs

**NOTICE OF RELATED CASES**