# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEE CRAVENS, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>LEXAR MEDIA, INC.;<br>　　　　　　　　　　　Defendants. | Case No. C 07-04082 WDB<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and herby requests the reassignment of this case to a United States District Judge.

Dated:  August 10, 2007　　　　　　　　　　　　Murray & Howard, LLP

　　　　　　　　　　　　　　　　　　　　　　　/s/ Scott J. Yundt_____
　　　　　　　　　　　　　　　　　　　　　　　SCOTT J. YUNDT

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Dee Cravens*

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I certify and declare under penalty of perjury that I: am a citizen of the United States and employed in the County of Alameda, State of California, am over eighteen (18) years of age and my business address is Murray & Howard, LLP, 436 14th Street, Suite 1413, Oakland, CA 94612, whose members are members of the State Bar of California. I am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true an correct copy of the following document(s) in the manner indicated below:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

 **XX**   **By USDC ECF:** by USDC Live System-Document Filing System on all interested parties registered for e-filing.

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the Unites States Postal Service, and said correspondence would be deposited with the United Sates Postal Service at Oakland, California that same day in the ordinary course of business.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on August 10, 2007 at Oakland, California

/s/Amanda L. Arnall
Amanda L. Arnall