Gilmur R. Murray (SBN 111856); gmurray@murrayhowardlaw.com
Derek G. Howard (SBN 118082); dhoward@murrayhowardlaw.com
Scott J. Yundt (SBN 242595); syundt@murrayhowardlaw.com
**MURRAY & HOWARD, LLP**
436 14th Street, Suite 1413
Oakland, California 94612
Telephone:    (510) 444-2660
Facsimile:    (510) 444-2522

Daniel J. Mulligan (SBN 103129); dan@jmglawoffices.com
Larry W. Gabriel (SBN 68329); lgabriel@jmglawoffices.com
**JENKINS MULLIGAN & GABRIEL, LLP**
660 Market Street, 3rd Floor
San Francisco, CA 94104
Telephone:    (415)-982-8500
Facsimile:    (415)-982-8515

*Attorneys for Plaintiffs and the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRONG NGUYEN, on behalf of himself and all others similarly situation,<br><br>                      Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.<br><br>                      Defendants. | Case No. 4:07-CV-00086-SBA<br>**PLAINTIFF DEE CRAVENS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |
| DEE CRAVENS, on behalf of herself and all others similarly situation,<br><br>                      Plaintiff,<br><br>vs.<br><br>LEXAR MEDIA, INC. et al.<br><br>                      Defendants. | Case No. 4:07-CV-04082-WDB |

**PLAINTIFF DEE CRAVENS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that, pursuant to Local Rule 3-12, Plaintiff Dee Cravens submits this administrative motion to consider whether *Cravens v. Lexar Media, Inc., et al*, Case No. 4:07-CV-04082-WDB, a putative class action lawsuit filed on August 8, 2007, should be related to *Nguyen v. Samsung Electronics Co., Ltd. et al*, Case No. 4:07-CV-00086-SBA, filed on January 5, 2007.

This is the twelfth administrative motion requesting an order consolidating related cases before the Honorable Saundra Brown Armstrong. The Court has entered several Orders in the lowest number case, which together have related all of the cases identified in the first eleven administrative motions.

This Administrative Motion is made pursuant to Local Rule 3-12(a), which provides that actions are related when:

(1) The actions concern substantially the same parties, property, transaction or event; and

(2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

The *Cravens* and the *Nguyen* actions comply with the above criteria. Each action is a class action on behalf of direct or indirect purchasers of flash memory. Both cases involve substantially similar facts, markets, conduct and analyses. The legal and factual matters presented in the present case, *Cravens,* and the *Nguyen* action concern substantially similar transactions and events, as well as the same defendants. A critical issue present in all of the related cases will be the fact and amount of antitrust damages. An illustration of this is the analyses which will be conducted by the Plaintiffs and Defendants to establish whether consumers were charged more for flash memory products as a result of the alleged price fixing conspiracy. It would be inefficient to have several courts engage in what will essentially be the same analysis, and it would also increase the

1  possibility of inconsistent rulings.  If the cases are not related, it is also likely that there will be
2  duplication of labor and expenses, as well as conflicting results, as similar issues of fact and law are
3  likely to be presented to the Court in all of the related actions.
4        Therefore Plaintiff Dee Craven respectfully requests that the cases be deemed related and
5  that they be assigned to the Honorable Saundra Brown Armstrong, the Judge assigned to the
6  earliest filed case, *Nguyen v. Samsung Electronics Co., Ltd. et al*.

Dated: August 10, 2007

**MURRAY & HOWARD, LLP**
**JENKINS MULLIGAN & GABRIEL, LLP**

/s/ Scott J. Yundt_____

Scott J. Yundt (SBN 242595)
Gilmur R. Murray (SBN 111856)
Derek G. Howard (SBN 118082)
**MURRAY & HOWARD, LLP**
436 14th Street, Suite 1413
Oakland, California 94612
Telephone:  (510) 444-2660
Facsimile:  (510) 444-2522

Daniel J. Mulligan (SBN 103129)
Larry W. Gabriel (SBN 68329)
**JENKINS MULLIGAN & GABRIEL, LLP**
660 Market Street, 3rd Floor
San Francisco, CA 94104
Telephone:  (415)-982-8500
Facsimile:  (415)-982-8515

**PLAINTIFF DEE CRAVENS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**

## PROOF OF SERVICE

I certify and declare under penalty of perjury that I: am a citizen of the United States and employed in the County of Alameda, State of California, am over eighteen (18) years of age and my business address is Murray & Howard, LLP, 436 14th Street, Suite 1413, Oakland, CA 94612, whose members are members of the State Bar of California. I am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true an correct copy of the following document(s) in the manner indicated below:

**PLAINTIFF DEE CRAVENS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**

__XX__  **By USDC ECF:** by USDC Live System-Document Filing System on all interested parties registered for e-filing.

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the Unites States Postal Service, and said correspondence would be deposited with the United Sates Postal Service at Oakland, California that same day in the ordinary course of business.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on August 10, 2007 at Oakland, California

/s/Amanda L. Arnall
Amanda L. Arnall

3
**PLAINTIFF DEE CRAVENS'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**