UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEE CRAVENS, individually
and on behalf of all others similarly
situated,

       Plaintiffs,

  v.

LEXAR MEDIA, INC., et al.

       Defendants.
_____/

No. C 07-4082 WDB

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge. The case management conference set for November 14, 2007, at 4:00 p.m. is vacated.

Dated: August 13, 2007

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By: SarahWeinstein
     Law Clerk

Copies to:
    All parties
    WDB
    Stats

N:\FORMS\impending reassignment clerks notice.wpd