**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

   A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 07-00086 SBA**  **Nguyen v. Samsung Electronics Co., Ltd. Et al**

**C 07-01020 SBA**  **A Computer Place, Inc. V. Samsung Electronics Company Ltd. Et al**
  **I find that the above case is related to the case assigned to me.** _____

**C 07-01147 SBA**  **Miller v. Samsung Electronics Co., Ltd. Et al**
  **I find that the above case is related to the case assigned to me.** _____

**C 07-01236 SBA**  **Burke v. Samsung Electronics Co. Ltd. Et al**
  **I find that the above case is related to the case assigned to me.** _____

**C 07-01360 SBA**  **Perkins v. Samsung Electronics Co. Ltd. Et al**
  **I find that the above case is related to the case assigned to me.** _____

**C 07-01388 SBA**  **Burt v. Samsung Electronics Co. Ltd. Et al**
  **I find that the above case is related to the case assigned to me.** _____

**C 07-01418 SBA**  **TechToysForLess v. Samsung Electronics Co., Ltd et al**
  **I find that the above case is related to the case assigned to me.** _____

**C 07-01459 SBA**     **Huh v. Samsung Electronics Co., Ltd. Et al**

   **I find that the above case is related to the case assigned to me. _____**

**C 07-01460 SBA**     **Krahmer v. Samsung Electronics Co., Ltd et al**

   **I find that the above case is related to the case assigned to me. _____**

**C 07-01489 SBA**     **Alderman v. Samsung Electronics Co. Ltd. Et al**

   **I find that the above case is related to the case assigned to me. _____**

**C 07-01524 SBA**     **Greenwell v. Samsung Electronics Co. Ltd. Et al**

   **I find that the above case is related to the case assigned to me. _____**

**C 07-01613 SBA**     **Sweatman v. Samsung Electonics Co Ltd et al**

   **I find that the above case is related to the case assigned to me. _____**

**C 07-01614 SBA**     **Pellitteri v. Samsung Electronics Co., Ltd et al**

   **I find that the above case is related to the case assigned to me. _____**

**C 07-01665 SBA**     **Kevin's Computer and Photo v. Samsung Electronics Co. Ltd. Et al**

   **I find that the above case is related to the case assigned to me. _____**

**C 07-01680 SBA**     **Theisen v. Hitachi, Ltd. Et al**

   **I find that the above case is related to the case assigned to me. _____**

**C 07-01735 SBA**     **Davis v. Samsung Electronic Co., LTD et al**

   **I find that the above case is related to the case assigned to me. _____**

**C 07-01823 SBA**     **McClellan-Chambers et al v. Samsung Electronics Co., Ltd et al**

**I find that the above case is related to the case assigned to me. _____**

**C 07-01829 SBA        Juskiewicz v. Samsung Electonics Co Ltd et al**

   **I find that the above case is related to the case assigned to me. _____**

**C 07-02066 SBA        Rippel v. Samsung Electronics Co. Ltd. Et al**

   **I find that the above case is related to the case assigned to me. _____**

**C 07-02228 SBA        Skorstad v. Samsung Electonics Co Ltd et al**

   **I find that the above case is related to the case assigned to me. _____**

**C 07-02286 SBA        Young v. Samsung Electronics Co., Ltd et al**

   **I find that the above case is related to the case assigned to me. _____**

**C 07-03775 SBA        Calif-Coast Investigative Services v. Lexar Media, Inc. Et al**

   **I find that the above case is related to the case assigned to me. _____**

**C 07-03971 SBA        Harrison v. Samsung Electronics Co., Ltd. Et al**

   **I find that the above case is related to the case assigned to me. _____**

**C 07-04082 MJJ        Cravens v. Lexar Media, Inc. Et al**

   **I find that the above case is related to the case assigned to me. __SBA_____**

## ORDER

   Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR

Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated:__8/17/07          _____*Saundra B Armstrong*_____
                         Judge Saundra B. Armstrong

Dated:_____    _____
                         Judge Saundra B. Armstrong

Dated:_____    _____
                         Judge Saundra B. Armstrong

Dated:_____    _____
                         Judge Saundra B. Armstrong

Dated:_____    _____
                         Judge Saundra B. Armstrong

Dated:_____    _____
                         Judge Saundra B. Armstrong

Dated:_____    _____
                         Judge Saundra B. Armstrong

Dated:_____    _____
                         Judge Saundra B. Armstrong

Dated:_____  _____
                        Judge Saundra B. Armstrong

Dated:_____  _____
                        Judge Saundra B. Armstrong

Dated:_____  _____
                        Judge Saundra B. Armstrong

Dated:_____  _____
                        Judge Saundra B. Armstrong

Dated:_____  _____
                        Judge Saundra B. Armstrong

Dated:_____  _____
                        Judge Saundra B. Armstrong

Dated:_____  _____
                        Judge Saundra B. Armstrong

Dated:_____  _____
                        Judge Saundra B. Armstrong

Dated:_____  _____
                        Judge Saundra B. Armstrong

Dated:_____     _____

                                    Judge Saundra B. Armstrong

Dated:_____     _____

                                    Judge Saundra B. Armstrong

Dated:_____     _____

                                    Judge Saundra B. Armstrong

Dated:_____     _____

                                    Judge Saundra B. Armstrong

Dated:_____     _____

                                    Judge Saundra B. Armstrong

Dated:_____     _____

                                    Chief Judge Vaughn R. Walker

## CLERK'S NOTICE

  The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

                     **Richard W. Wieking, Clerk**

**DATED:** _____     **By:** _____
                          **Deputy Clerk**

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED:** _____   **By:** _____
                                           **Deputy Clerk**

Copies to:   Courtroom Deputies
            Case Systems Administrators
            Counsel of Record
Entered into Assignment Program: _____(date)